Ross C. Anderson (#0109)
Janet M. Conway (#7488)
**LEWIS HANSEN**
The Judge Building
Eight East Broadway, Suite 410
Salt Lake City, Utah 84111
Telephone: (801) 746-6300
Fax: (801) 746-6301
randerson@lewishansen.com
jconway@lewishansen.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CINEMA PUB, L.L.C., d/b/a BREWVIES<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR D. PETILOS, Director; CADE MEIER, Deputy Director; NINA MCDERMOTT, Director of Compliance, Licensing Enforcement, Utah Department of Alcoholic Beverage Control, in their official capacities; JOHN T. NIELSEN, Chairman; JEFFREY WRIGHT; KATHLEEN MCCONKIE COLLINWOOD; OLIVIA VELA AGRAZ; STEVEN B. BATEMAN; S. NEAL BERUBE; AMANDA SMITH, Members, Utah Alcoholic Beverage Control Commission, in their official capacities<br><br>Defendants. | **PLAINTIFF'S IDENTIFICATION OF EXPERTS AND SUBMISSION OF EXPERT REPORTS**<br><br>Case No.: 2:16-cv-00318-DN<br><br>Honorable David Nuffer<br><br>Magistrate Evelyn J. Furse |

Pursuant to Rule 26(a)(2)(A), plaintiff Cinema Pub, LLC d/b/a Brewvies ("Brewvies")

hereby identifies the following witnesses it may use at trial to present evidence under Federal Rules

of Evidence 702, 703, or 705: Kyle Bishop, PhD, whose business address is 351 W. University Blvd., Cedar City, Utah 84720; Bruce Parker, whose business address is 3007 E. Cruise Way, Salt Lake City, Utah 84109; and Daniel Linz, PhD, whose business address is University of California, Santa Barbara, Department of Communication, Office #4009, Santa Barbara, California 93206.

Pursuant to Rule 26(a)(2)(B), Kendall hereby also submits as attachments the Expert Reports of each Kyle Bishop, PhD, Bruce Parker, and Daniel Linz, PhD.

DATED this 31st day of October, 2016.

**LEWIS HANSEN**

/s/ Janet M. Conway
Janet M. Conway
Attorneys for Plaintiff