Ross C. Anderson (#0109)
**LEWIS HANSEN**
The Judge Building
Eight East Broadway, Suite 410
Salt Lake City, Utah 84111
Telephone: (801) 746-6300
Fax: (801) 746-6301
randerson@lewishansen.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CINEMAPUB, L.L.C., d/b/a BREWVIES<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR D. PETILOS, Director; CADE MEIER, Deputy Director; NINA MCDERMOTT, Director of Compliance, Licensing Enforcement, Utah Department of Alcoholic Beverage Control, in their official capacities; JOHN T. NIELSEN, Chairman; JEFFREY WRIGHT; KATHLEEN MCCONKIE COLLINWOOD; OLIVIA VELA AGRAZ; STEVEN B. BATEMAN; S. NEAL BERUBE; AMANDA SMITH, Members, Utah Alcoholic Beverage Control Commission, in their official capacities<br><br>Defendants. | **REQUEST FOR JUDICIAL NOTICE**<br><br>Case No.: 2:16-cv-00318-DN<br><br>Judge: David Nuffer |

Plaintiff Cinemapub hereby requests that the Court take judicial notice of the following films, pursuant to Fed. R. Evid. 201.

1. *Titanic* (1997), a true and correct copy of which is attached hereto as Exhibit "A."

2. *The English Patient* (1996), a true and correct copy of which is attached hereto as Exhibit "B."

3. *The Last Emperor* (1987), a true and correct copy of which is attached hereto as Exhibit "C."

4. *Slumdog Millionaire* (2008), a true and correct copy of which is attached hereto as Exhibit "D."

5. *Schindler's List* (1993), a true and correct copy of which is attached hereto as Exhibit "E."

6. *Crouching Tiger, Hidden Dragon* (2000), a true and correct copy of which is attached hereto as Exhibit "F."

Plaintiff requests that the foregoing documents should be judicially noticed because (1) the contents of those documents cannot reasonably be questioned and (2) the content of those documents is relevant to Plaintiff's challenge of the constitutionality of Utah Code Ann. 32B-1-504(7).

DATED this 9th day of March, 2017.

**LEWIS HANSEN**

By: /s/ Ross C. Anderson
Ross C. Anderson
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I Hereby Certify that on this 9th day of March, 2017, I caused to be served a true and correct copy of the foregoing **REQUEST FOR JUDICIAL NOTICE** to the following by the method indicated below:

| | |
|---|---|
| Parker Douglas (8924) | (X) U.S. Mail, Postage Prepaid |
| Chief Federal Deputy Attorney General | ( ) Hand Delivered |
| David N. Wolf (6688) | ( ) Overnight Mail |
| Assistant Utah Attorney General | ( ) Facsimile |
| Greg Soderberg (14016) | ( ) Electronic Filing System |
| Assistant Utah Attorney General | |
| 160 East 300 South, Sixth Floor | |
| P.O. Box 140856 | |
| Salt Lake City, Utah 84114 | |

                                                        /s/ Shawn Parker  
                                                        Shawn Parker  
                                                        Legal Assistant