IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CINEMAPUB, L.L.C., d/b/a BREWVIES,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR D. PETILOS, director; CADE MEIER, deputy director; NINA McDERMOTT, director of Compliance Licensing Enforcement, Utah Department of Alcoholic Beverage Control, in their official capacities; JOHN T. NIELSEN, chairman; JEFFREY WRIGHT; KATHLEEN McCONKIE COLLINWOOD; OLIVIA VELA AGRAZ; STEVEN B. BATEMAN; S. NEAL BERUBE; AMANDA SMITH, members, Utah Alcoholic Beverage Control Commission, in their official capacities,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:16-cv-00318-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED

That Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $478,303.57, with post-judgment interest at the legal rate.

Signed September 26, 2018.

BY THE COURT:

David Nuffer
United States District Judge